FILED
2012 Jan-19  AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Kiran C. Patel, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:11-cv-01147-LSC |
| | ) |
| Superior Bancorp, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

The Court acknowledges receipt of Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).  (Doc. 33.)  Defendants have not yet answered nor moved for summary judgment.  The above-entitled cause is hereby DISMISSED without prejudice.

Done this <u>19th</u> day of <u>January 2012</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297